AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| IMPLICIT, LLC<br><br>*Plaintiff(s)*<br>v.<br>JUNIPER NETWORKS, INC.<br><br>*Defendant(s)* | Civil Action No. 2:19-cv-37-JRG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Juniper Networks, Inc.
c/o C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William E. Davis, III
The Davis Firm, P.C.
213 N. Fredonia Street, Suite 230
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  2/22/19

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-39-JRG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Juniper Networks, Inc c/o C T Corporation Systems 1999 Bryan St., Ste 900 Dallas, TX 75201-3136 USA

was received by me on *(date)* 02/25/2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Service of Summons, Complaint for Patent Infringements, Exhibits, 1, 2, 3, 4, 5, 6, 7, 8, and Civil Cover sheet was executed upon
Juniper Networks, Inc
c/o C T Corporation Systems
1999 Bryan St., Ste 900 Dallas, TX 75201-3136 USA
via certified mail #7016 2070 0001 0471 7487 delivered on 02/28/2018.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/06/2019

*Server's signature*

**James A. Smith - Process Server**

*Printed name and title*

**307 N. Center St. Longview, TX 75601**

*Server's address*

Additional information regarding attempted service, etc:

