# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>*Defendant*. | Civil Action No. 2:19-cv-37-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF MICHAEL MARCELLIN IN SUPPORT OF MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

I, Michael Marcellin, declare and state as follows:

1. I am Senior Vice President and Chief Marketing Officer for Defendant Juniper Networks, Inc. ("Juniper"). I submit this declaration in support of Juniper's Motion to Transfer Venue to the Northern District of California. I have personal knowledge of the matters set forth in this declaration, and, if called as a witness, could and would testify competently to such facts under oath.

2. Juniper is a leading networking technology company headquartered in Sunnyvale, California, within the Northern District of California.

3. Juniper conducts its regular business and employs thousands of employees at its Sunnyvale headquarters.

4. Juniper sells a line of products known as the SRX Series, which it first released in 2008.

5. Both the hardware and software for the SRX products were designed and developed at Juniper's Sunnyvale headquarters.

6. Technical documentation and computer source code for the SRX products are maintained at Juniper's Sunnyvale office.

7. The relevant design, research, engineering, marketing, and financial documents for the SRX products are also located in Juniper's Sunnyvale office.

8. The vast majority of Juniper's employees—including those who make decisions regarding sales, marketing, and financial matters related to the SRX products—are based in Sunnyvale.

9. Juniper employees with knowledge regarding the design, development, testing, marketing, and sales of the accused SRX product are located in the Northern District of California.

10. Juniper employees with information regarding marking and financial information for the accused SRX product similarly reside in the Northern District of California.

11. Juniper has only a single office within the Eastern District of Texas (a sales office in Plano), and no SRX source code or relevant design documentation is maintained there.

I, Michael Marcellin, declare and state as follows:

1. I am Senior Vice President and Chief Marketing Officer for Defendant Juniper Networks, Inc. ("Juniper"). I submit this declaration in support of Juniper's Motion to Transfer Venue to the Northern District of California. I have personal knowledge of the matters set forth in this declaration, and, if called as a witness, could and would testify competently to such facts under oath.

2. Juniper is a leading networking technology company headquartered in Sunnyvale, California, within the Northern District of California.

3. Juniper conducts its regular business and employs thousands of employees at its Sunnyvale headquarters.

4. Juniper sells a line of products known as the SRX Series, which it first released in 2008.

5. Both the hardware and software for the SRX products were designed and developed at Juniper's Sunnyvale headquarters.

6. Technical documentation and computer source code for the SRX products are maintained at Juniper's Sunnyvale office.

7. The relevant design, research, engineering, marketing, and financial documents for the SRX products are also located in Juniper's Sunnyvale office.

8. The vast majority of Juniper's employees—including those who make decisions regarding sales, marketing, and financial matters related to the SRX products—are based in Sunnyvale.

9. Juniper employees with knowledge regarding the design, development, testing, marketing, and sales of the accused SRX product are located in the Northern District of California.

10. Juniper employees with information regarding marking and financial information for the accused SRX product similarly reside in the Northern District of California.

11. Juniper has only a single office within the Eastern District of Texas (a sales office in Plano), and no SRX source code or relevant design documentation is maintained there.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of April, 2019, at Sunnyvale California.

_____

Michael Marcellin