# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| IMPERVA, INC. | § | Case No. 2:19-cv-00040-JRG-RSP |
| | § | FORMER LEAD CASE |
| | § | |
| JUNIPER NETWORKS, INC. | § | Case No. 2:19-cv-00037-JRG-RSP |
| | § | |
|     Defendants. | § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT BETWEEN PLAINTIFF IMPLICIT, LLC AND DEFENDANT JUNIPER NETWORKS, INC.

Plaintiff Implicit, LLC ("Implicit") and Defendant Juniper Networks, Inc. ("Juniper") hereby notify the Court that they have settled, in principle, the claims between them. Accordingly Plaintiff Implicit and Defendant Juniper jointly move the Court to stay all deadlines in the above-captioned case until November 6, 2020, to allow the parties to finalize the settlement of this matter.

Dated: October 7, 2020,           Respectfully submitted,

By: William E. Davis, III
William E. Davis, III, *Lead Attorney*
Texas State Bar No. 24047416
bdavis@davisfirm.com
Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com
Edward Chin (Of Counsel)
Texas State Bar No. 50511688
echin@davisfirm.com
Debra Coleman (Of Counsel)
Texas State Bar No. 24059595
dcoleman@davisfirm.com

Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com
**Davis Firm, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Barry Golob
bgolob@cozen.com
Thomas Fisher
tfisher@cozen.com
**Cozen O'Connor**
1200 19th Street, NW
Suite 300
Washington, DC 20036
Telephone: (202) 912.4815
Facsimile: (202) 618.4843

***Counsel for Plaintiff***
***Implicit, LLC***

Dated: October 7, 2020

Respectfully submitted,
 /s/ David C. McPhie
David C. McPhie
(CA State Bar No. 231520) [pro hac vice]
840 Newport Center Drive, Suite 400
**IRELL & MANELLA LLP**
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
Email: dmcphie@irell.com

Jonathan S. Kagan
(CA State Bar No. 166039) [pro hac vice]
1800 Avenue of the Stars, Suite 900
**IRELL & MANELLA LLP**
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jkagan@irell.com

Melissa Richards Smith
(Texas Bar No. 24001351)

**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gilliamsmithlaw.com

*Attorneys for Defendant Juniper Networks, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(V).  Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 7th day of October, 2020.

/s/ William E. Davis
William E. Davis, III