# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, <br> Plaintiff, <br><br> v. <br><br> IMPERVA, INC. <br><br> JUNIPER NETWORKS, INC. <br><br> Defendants. | § § § § § § § § § § § § § § | <br><br><br><br><br><br> Case No. 2:19-cv-00040-JRG-RSP <br> FORMER LEAD CASE <br><br> Case No. 2:19-cv-00037-JRG-RSP |

## **ORDER**

Before the Court is Plaintiff Implicit, LLC's and Defendant Juniper Networks, Inc.'s Joint Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered same, is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that all deadlines related to claims between Plaintiff Implicit, LLC. and Defendant Juniper Networks, Inc. are stayed until November 6, 2020.